## Hooper *v.* United Traction Company (No. 2).

Submitted May 11, 1901. Appeal, No. 15, April T., 1901, by defendant, from judgment of C. P. No. 2, Allegheny Co., April T., 1898, No. 15, on verdict for plaintiff for $260 in case of Robert T. Hooper v. United Traction Company, Lessee of Second Avenue Traction Company. Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ. Affirmed.

OPINION BY BEAVER, J., July 25, 1901:

In the joint action by father and son against the defendant for damages, a verdict in favor of the father for $260 and of the son for $800 was rendered, upon which judgment was entered. Separate appeals were taken by the defendant, the first of which has been considered in an opinion this day filed.

For the reasons therein stated, which apply with equal force to the present case, the judgment is affirmed.